UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**T.C.,**

vs.                                      CASE NO. **1:26–CV–12336–ADB**

**DENNIS MATULEWICZ,**

## ORDER

**Allison D. Burroughs, D.J.**


In accordance with 28 USC §2243, the Clerk of this Court is hereby ordered to serve a copy of the Petition for Writ of Habeas Corpus by mailing copies of same to the Respondent, the office of the United States Attorney General and the United States Attorney.


It is further ordered that the Respondent shall, within 21 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus. The answer (or other responsive pleading) must also include a statement notifying this Court of the existence of any victim or victims as defined by 18 USC §3771.


**/s/ – Allison D. Burroughs**

Dated:  May 22, 2026                              UNITED STATES DISTRICT JUDGE